FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DWIGHT BYRD, #1567630, <br> aka CHARLES REED <br> Plaintiff, | * <br><br> * |
| v. | *   CIVIL NO. CCB-08-2368 |
| MICHAEL STOUFER, et al., | * |
| Defendants. | * <br> ******** |

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the defendants' motion for reconsideration (docket entry no. 21) is **Granted**;

2. summary judgment is entered in favor of the defendants;

3. the Clerk shall SEND a copy of this Order and the accompanying Memorandum to the plaintiff and counsel of record; and

4. the Clerk shall **CLOSE** this case.


<u>September 30, 2010</u>     ____/s/_____
Date                                             Catherine C. Blake
                                                 United States District Judge